ACCEPTED
01-14-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 11:32:52 AM
CHRISTOPHER PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/26/2015 11:32:52 AM

CHRISTOPHER A. PRINE
Clerk

May 26, 2015

Christopher A. Prine
Clerk of the Court, 1st Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:  Cause No. 01-14-00990-CV; *Manfred Fink v. Joanna D. Anderson, et al.*; In the 1st District Court of Appeals, Houston, Texas Trial Court Cause No. 2014-22740; **Supplemental Clerk's Record**

Dear Mr. Prine:

Please forward a copy of the supplemental clerk's record in the above-referenced case to this office in care of the undersigned.

Thank you for your usual courtesies with regard this matter.  If you have any questions or comments, please do not hesitate to call me.

Respectfully submitted,

/s/ H. Melissa Mather
H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts
Division
P.O. Box 12548, Mail Code 017-11
Austin, Texas 78711-2548
Telephone: (512) 475-2540
Facsimile:  (512) 478-4013
melissa.mather@texasattorneygeneral.gov